UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ECK SPECIALTIES, INC., a California corporation; DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO.: 8:14-CV-0359 AG(JPRx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Entry of Judgment by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and Defendant, ECK SPECIALTIES, INC., a California corporation, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR

-1-

272829.1

SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA  and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA (collectively TRUST FUNDS) and against Defendant, ECK SPECIALTIES, INC., a California corporation ("EMPLOYER") in the principal sum of $36,722.92 covering the period from March 1, 2010 through March 30, 2014

IT IS FURTHER ORDERED that the JUDGMENT pursuant to this Stipulation is for known delinquencies incurred during the period from March 1, 2010 to March 30, 2014; however, since the audit of EMPLOYER'S records covered the period through February 2014 only, TRUST FUNDS shall retain and reserve their legal rights and remedies to seek recovery from EMPLOYER of any amounts discovered to be owed by EMPLOYER for the period of time after February 28, 2014 and this Judgment shall not operate as a bar, <u>res judicata</u>, or other limitation of any right of the TRUST FUNDS to determine and collect any additional amounts owed after February 28, 2014.

DATED: August 7, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

272829.1